James M. Graham, Appellant, v. Herbert A. Ford, Appellee.

### Division B.

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

.O. T. Green for appellant.

R. L. Anderson for appellee.

The bill in this cause was filed by the appellee against the appellant. .There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam.*